UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

PHON CHAN,

    Petitioner,

       v.                        CAUSE NO. 3:26-CV-363-CCB-SJF

BRIAN ENGLISH,

    Respondent.

## OPINION AND ORDER

Immigration detainee Phon Chan, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he is unlawfully confined in violation of the laws or Constitution of the United States. ECF 8. The respondent has answered the petition, but he cites to immigration records that are not included as an exhibit. ECF 14 at 2. Therefore, he will be ordered to supplement the record with the missing exhibits, as well as to provide an update on whether and when a formal request for travel documents has been made to Cambodia.

For these reasons, the court ORDERS respondent to file a supplemental response as described in this order by **August 11, 2026**. Phon Chan may file any supplemental reply by **August 21, 2026**.

SO ORDERED on August 3, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge